**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6168**

———————————

In Re: DENNIS I. GREEN,

Petitioner.

———————————

On Petition for Writ of Mandamus.
(CA-99-571-CT-5)

———————————

Submitted:  March 23, 2000          Decided:  March 31, 2000

———————————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Dennis I. Green, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dennis I. Green brought this petition for a writ of mandamus requesting this court to order the district court to accept jurisdiction to hear his mandamus petition filed in that court in which he sought release from prison.  The district court dismissed the petition and noted that Green's claims could be addressed in a motion pursuant to 28 U.S.C.A. § 2255 (West Supp. 1999).

Green has not met his burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable."  See Allied Chemical Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980).  Green could have noted an appeal from the district court's order,[*] see In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979) (mandamus is not a substitute for appeal), or he could file a motion in the district court pursuant to § 2255 or 28 U.S.C. § 2241 (1994).  Therefore, we deny the petition for writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

_____

[*] To the extent that Green intended this petition as a notice of appeal from the district court's denial of his mandamus petition, his appeal is untimely.  See Fed. R. App. P. 4(a)(1).

2